## ATTACHMENT A

### ITEMS TO BE SEARCHED:

(1)     A 1994 Chevrolet K-15, Suburban (VIN#: 1GNFK16K6RJ442735), bearing Tennessee license plate U85-14T and known to be registered to Kayla Allison, 1981 Steekee Road, Loudon, Tennessee 37774, and operated by Robert Yelverton. This vehicle is currently located at the Loudon county Sheriff's Office.



(2)     A 1995 Ford Mustang Model GT, color red, (VIN# 1FALP4040SF274954), last registered to Fred Raby III, 904 West Oak Hill, Knoxville, Tennessee. This vehicle is currently located at the Loudon county Sheriff's Office.



(3)     A Motorola, Verizon 4G LTE smart phone as depicted in the photograph and which is currently located at the Ninth Judicial District Drug Task Force.



## ATTACHMENT B

### ITEMS TO BE SEIZED:

(1)     As to the vehicles:  controlled substances, firearms, ammunition and other weapons, drug ledgers, United States Currency reflecting proceeds of drug sales or monies set aside for the purchase of drugs;

(2)     As to the telephone:  any telephone numbers, photographs, text messages, call records with time and duration of calls, and contact list.

## **AFFIDAVIT IN SUPPORT OF APPLICATION**

## **INTRODUCTION**

I, JAMES K. BLANTON, being duly sworn, depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a Special Agent with the Drug Enforcement Administration ("DEA") since February 1998. I have been assigned to the Knoxville, Tennessee, Resident Office since June 2001. Previously, I was assigned to the Miami Field Division, High Intensity Drug Trafficking Area ("HIDTA") Task Force from September 1998 to June 2001. Prior to my employment with DEA, I was employed as a law enforcement officer with the Edmonson County, Kentucky, Sheriff Department and the United States Department of the Interior, National Park Service. In the past, I have participated in numerous investigations of narcotics violations and money laundering. I have conducted investigations utilizing complex investigative techniques and the utilization of analytical methods during narcotics and money laundering investigations. I have experience and training in the debriefing of confidential sources ("CSs") about drug trafficking, in surveilling persons involved in drug trafficking, and in conducting searches for controlled substances and records of drug trafficking activity.

2.     I am familiar with the methods in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing drugs, their use of conveyances in the conduct of their business, their use of cellular telephones and other cellular communication devices, their use of numerical codes and code words to conduct their transactions, and their methods of laundering drug proceeds. I am also familiar with the methods that drug trafficker use to protect themselves, their drugs, and assets from other criminals and law enforcement to include violence and threats of violence often through the use of firearms.

3.     I am participating in an investigation of a crystal methamphetamine, also known as ("a.k.a.") "ice," drug trafficking organization ("DTO"), which is being jointly conducted by agents of the DEA, Loudon County, Tennessee, Sheriff's Department ("LCSO"), and the 9th Tennessee Judicial District Drug Task Force ("9th DTF").

4.     Except as noted herein, all of the information contained in this affidavit is either known to me personally, has been told to me by another law enforcement officer, or I have obtained through reading investigative reports prepared by other law enforcement officers. Moreover, this affidavit does not contain all of the information known to me or law enforcement about this investigation.

5.     This affidavit is submitted in support of a search warrant authorizing the search of a motor vehicle, specifically a 1994 Chevrolet K-15, Suburban (VIN#: 1GNFK16K6RJ442735), bearing Tennessee tag U85-14T[1] (hereinafter referred to as "Suburban"), that was operated by Robert YELVERTON (as depicted in the photograph attached to this application, marked as Attachment A, which is made a part hereof and is fully incorporated herein) is possessed,

---

[1] Tennessee tag U85-14T is assigned to a 1994 Chevrolet, Unknown Model, Color Blue, Vehicle Identification Number (VIN): 1GNFK16K6RJ442735 registered to Kayla Allison, 1981 Steekee Rd, Loudon, TN 37774

occupied, and controlled by Robert YELVERTON (hereinafter referred to as YELVERTON) and registered to his spouse, Kayla Allison, and located in the Eastern District of Tennessee. Also, this affidavit is submitted in support of a search warrant of a motor vehicle, specifically a 1995 Ford Mustang Model GT (hereinafter referred to as "Mustang,"), color red, (VIN# 1FALP4040SF274954), last registered to Fred Raby III, 904 West Oak Hill, Knoxville, TN. According to State of Tennessee motor vehicle records, Tennessee tag E1278G, which is expired, is assigned to the "Mustang." Based on statements made by YELVERTON, the "Mustang" (as depicted in the photograph attached to this application, marked as Attachment B, which is made a part hereof and is fully incorporated herein) was owned and under the control of Randal Scott Bledsoe (hereinafter referred to as BLEDSOE) and located in the Eastern District of Tennessee. Finally, this affidavit is submitted in support of a search warrant for a Motorola, Verizon 4G LTE smart phone (as depicted in the photograph attached to this application, marked as Attachment C, which is made a part hereof and is fully incorporated herein) found in the possession of YELVERTON following his arrest and located in the Eastern District of Tennessee.

## **PROBABLE CAUSE**

6. On the evening of December 9, 2015, the 9th DTF, assisted by Knox County Sheriff's Office and the Tennessee Highway Patrol located the aforementioned "Suburban" in the rear, public, parking lot of Best Buy, 11491 Parkside Drive, Knoxville, TN. Law enforcement officers knew this vehicle to be operated by YELVERTON. YELVERTON was a fugitive from justice for outstanding Loudon County, Tennessee General Sessions Court arrest warrants; two arrest warrants for Failure to Appear in Court and one arrest warrant for Evading Law Enforcement, Resisting Arrest. Moments earlier, law enforcement had observed

YELVERTON drop off BLEDSOE in the area of the Best Buy store for a pre-arranged meeting with law enforcement. BLEDSOE was then arrested and is currently incarcerated at the Loudon County Detention Center for questioning on an attempted First Degree Murder investigation. Law enforcement believed YELVERTON to be somewhere in the immediate area of his vehicle. Law enforcement officers also knew YELVERTON to be a methamphetamine dealer and conducted a law enforcement drug detection canine[2] sweep of the exterior of the "Suburban" while it was parked in the public parking space. During the sweep of the exterior of the vehicle, the drug detection canine "Rocco" gave a positive alert for the odor of a controlled substance. Later the same evening, law enforcement officers observed YELVERTON in the area near his vehicle and he was arrested for the outstanding arrest warrants. Upon the search incident to arrest of YELVERTON's person, the ignition and door key to the aforementioned "Suburban" were recovered along with a black, Motorola smart phone with Verizon 4GLTE logo on the back of the device. YELVERTON was transported to the Loudon County, Tennessee Detention Center to be processed and incarcerated for the outstanding arrest warrants. Investigator April Farmer from the 9th DTF took custody of the "Suburban" at the arrest scene, secured it, and had it towed to a secure location.

      7.     On December 9, 2015 at approximately 8:49 pm, SA James Blanton and Investigator Brendan Deboer from the 9th DTF met with YELVERTON, at the Loudon County Detention Center, to discuss his knowledge of methamphetamine trafficking in the Loudon County, Tennessee area. SA Blanton asked YELVERTON if he would be willing to speak with law enforcement officers regarding his knowledge of methamphetamine trafficking and he

---

[2] The law enforcement drug detection canine "Rocco" was controlled by Knox County Sheriff's Office Detective Sergeant/K-9 handler Chris Wallace. "Rocco" is trained and certified to detect methamphetamine.

agreed. SA Blanton then read YELVERTON his Miranda rights. YELVERTON stated that he understood his Miranda rights and agreed to freely and voluntarily answer questions without a lawyer present and further affirmed such by signing the Miranda rights form. YELVERTON told SA Blanton and Inv. Deboer that within the past three weeks Jeremy Wayne Patrick and he had been traveling to Chattanooga, Tennessee and the Atlanta, Georgia area, approximately three to four times, to obtain crystal methamphetamine which was then transported back to Loudon County and Monroe County, Tennessee where it was sold. YELVERTON conservatively estimated obtaining three pounds of crystal methamphetamine during the aforementioned three week period. YELVERTON also told SA Blanton and Inv. Deboer that the "Suburban" was owned by him and that there was a 9 millimeter pistol of an unknown make and model and an unknown quantity of methamphetamine in the driver's side door. YELVERTON estimated the quantity of methamphetamine to be approximately the size of golf ball. YELVERTON also told SA Blanton and Inv. Deboer that his cellular telephone number was (865) 809-3897 and that he had recently used this telephone to communicate with methamphetamine sources of supply and that there were telephone numbers of drug traffickers contained within his telephone. YELVERTON also told investigators that there was a Ford Mustang[3], which is owned by BLEDSOE, parked on a car carrier dolly, owned by YELVERTON, in the parking lot of the Hamilton Inn motel where he and his wife, Kayla Allison and children had been staying. The address for the Hamilton Inn motel is 612 Clyde Street, Knoxville, TN, which is in the Eastern District of Tennessee. YELVERTON said that he believed that this Ford Mustang also contained methamphetamine due to a recent statement made by BLEDSOE. YELVERTON

---

[3] Tennessee tag E1278G is assigned to a 1995Ford Mustang, Model GT, Color red, Vehicle Identification Number (VIN): 1FALP4040SF274954 registered to Fred Raby III, 904 West Oak Hill, Knoxville, TN.

identified BLEDSOE as a member of his drug trafficking organization. YELVERTON stated that BLEDSOE remarked to him that he was "glad I put it up" referring to methamphetamine BLEDSOE had concealed in the car after recent encounters with law enforcement. YELVERTON also added that there was a Hi Point .40 caliber pistol in his motel where Allison and his children were staying and it had previously been in the possession of BLEDSOE.

8.    Later this same date, Inv. Farmer, Officer Michael Spence from the Knoxville Police Department and other officers from the Knoxville Police Department travelled to the Hamilton Inn motel and met with Kayla Allison. Allison gave Inv. Farmer consent to search her hotel room where the Hi-Point .40 caliber pistol was recovered and seized. Also located at the Hamilton Inn parking was the Ford Mustang positioned on a car carrier dolly. A law enforcement drug detection canine was called to the Hamilton Inn motel and a free air scent search of the exterior of the Ford Mustang was conducted by Lt./K-9 handler Paul Curtis and canine "Damos[4]." Canine "Damos" gave a positive alert to the presence of a controlled substance. The "Mustang" was then secured and impounded by Lt. Paul Curtis and towed to a secure location.

9.    Therefore, based on all of the foregoing, there is probable cause to believe that there will be found within the confines of the above-listed "Suburban" and "Mustang" and within the digital data contained and/or stored within the above listed Motorola cellular telephone found in the possession of YELVERTON at the time of his arrest in the Eastern District of Tennessee,

---

[4] The law enforcement drug detection canine "Damos" was controlled by Loudon County Sheriff's Office Lt./K-9 handler Paul Curtis. "Damos" is trained and certified to detect methamphetamine.

items used in furtherance of the distribution and possession with intent to distribute

methamphetamine in violation of Title 21, United States Code, Sections 841 and 846.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 11ᵗʰ day of December, 2015, in Knoxville, Tennessee,
located within the Eastern District of Tennessee.

James K. Blanton
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
on this 11ᵗʰ day of December, 2015.

C. CLIFFORD SHIRLEY, JR.
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A





## ATTACHMENT B





## ATTACHMENT C

